E-FILED
Wednesday, 23 February, 2019 03:48:35 PM
Clerk, U.S. District Court, ILCD

United States District Court for the
Central District Of Illinois

Derrick Martin,
     Plaintiff

    Vs.            Case No.

Kristina Skeens, Micheal P.
Melvins, Terri Kennedy, Emily
Ruskins, Susan Printence,
Sharon Simpson, Donna P.
Jones, Sandra Boechman,
Ms. Martinez, Mr. Coley,
Internal Affairs Supervisor,
and Unknown (Male) John
Doe-Orange Crush Shake
down Officer,
          Defendant(s)

SCANNED AT MENARD and E-mailed
10-25-18 by PS 27 pages
date    initials   No.

Motion Filing An
Amended Complaint

☑ 42 U.S.C. § 1983 (State, county or municipal defendants)
☑ Unknown

## II. PARTIES

A. Plaintiff:

Full Name: Derrick Martin
Prison Identification Number: R-49274
Current Address: Menard Correction Center  P.O. Box 1000
Menard, IL 62259

B. Defendants

Defendant #1:
Full Name: Kristina Skeens
Current Job Title: Corrections Officer Lieutenant Supervisor of Property
Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764

Defendant #2:
Full Name: Micheal P. Melvins
Current Job Title: Corrections Officer Warden of Institution Number 1
Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764

Defendant #3:
Full Name: Terri Kennedy
Current Job Title: Corrections Officer Warden of Programs Number 2
Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764

2

Defendant #4:

Full Name: Emily Ruskins

Current Job Title: Corrections Officer Warden of Security Number 3

Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant #5:

Full Name: Susan Printence

Current Job Title: Corrections Officer Major Commander of Cell Housing Unit

Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant #6:

Full Name: Sharon Simpson

Current Job Title: Grievance Officer

Current Work Address Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant #7:

Full Name: Donna P. Jones

Current Job Title: Councilor II

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant #8:

Full Name: Sandra Poischman

Current Job Title: Councilor II

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant #9:

Full Name: Ms. Martinez

Current Job Title: Corrections Officer

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764

3

Defendant # 10:

Full Name: Mr. Coley

Current Job Title: Corrections Officer

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant # 11:

Full Name: Internal Affairs (Supervisor) Unknown

Current Job Title: Corrections Officer I.A.

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


Defendant # 12:

Full Name: (Unknown) Orange Crush Officer

Current Job Title: Corrections Officer (Special Operations)

Current Work Address: Pontiac C.C. 700 W. Lincoln P.O. Box 99 Pontiac, IL 61764


# III. Litigation History

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

B. Have you brought any other lawsuits in federal court while incarcerated?
Yes ☑   No ☐

C. If your answer to B is yes, how many? _2_  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

Derrick Martin V. Maynard Hudson, et Al, 14-956-NJR-DGW, filed in the United States District Court for the Southern District and 14 CC 2039, filed in the Illinois Court of Claims.

2. Basic claim made, Nature of claim — Plaintiff alleges defendants Hess, Edwards, Hudson, Wesley and New violated his First Amendment rights in confiscating then refusing to return his artwork. Plaintiff also alleges Defendant Best retaliated against him for exercising his First Amendment rights.

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) Case settled.

## IV. Exhaustion Of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes ☑ / No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☑ No ☐

C. Is the grievance process completed? Yes ☑ / No ☐

# V. Statement Of Claim

Place(s) of the occurrence, Pontiac Correctional Center   700 W. Lincoln, P.O. Box 99   Pontiac, IL 61764

Date(s) of the occurrence, August 3, 2016 and August 10, 2016.

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE: Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

## Back Ground Complaint History

On February 13, 2013, I filed two cases against Menard C.C. Derrick Martin v. Maynard Hudson, et al, 14-956-NJR-DGW, filed in the United States District Court for the Southern District and 14 CC 2029, filed in the Illinois Court of Claims.

6

Nature of claims were for violating my First Amendment rights in confiscating my property then refusing to return my artwork. And also for retaliating against me for exercising my First Amendment rights.

While litigating my two cases at court proceedings in the Southern District through the use of Electronic Filings, before I had Court Appointed Council. Three years time elapsed, and later on April 26, 2016. While still in court on my cases still pending. I was retaliated against by many corrections officers at Menard C.C. one named Misty New, a defendant on my case. And other named Mr. LeFant, the Property House Supervisor for Menard C.C. on April 26, 2016. Before I was then transferred the next day to other institutions of Pinckneyville CC. on April 27, 2016.

The retaliation(s) being the result of my pending lawsuits against Menard C.C. staff. Misty New a defendant, interfered with court docket motion filings that I requested to the court district judge. And it was determined to be Ex Parte Communications and motion denied. Later refiled in A TRO and granted relief. Recieved Court Appointed Council.

With Mr. LeFant, the retaliation was that Mr. LeFant being the Property House Supervisor hearing about my lawsuit from Misty New and other co-defendants named in my suit. Took it upon himself to cause me personal property harms and damages to my personal property as revenge retaliation. As the supervisor incharge of inventory of offender plaintiff's personal property and packing it up to be shipped for prison transport from one location destination to the next destination.

Once my personal property was inventoried in my presence and I signed off with him as a witness. After he had me plug up my electronics; one being a t.v. set valued at $187.56 RCA, it was verified working and in what condition it worked as good condition. Which he recorded down on the master file inventory sheet and gave me a signed copy. Then I left his presence returned back to my cell house as I was to be transferred

7

out of Menard C.C. the next day from April 26, 2016 to Pinckneyville C.C. on April 27, 2016. Where arrived and recieved my property three days later on April 30, 2016. My television was purposely smashed up to unrepairable conditions, and my fan was missing out of my property belongings. I believe the result of my lawsuits against Menard C.C. staff my items were destroyed and missing. As I never put in for a transfer out of Menard C.C. since the filing of my civil case and court of claims case against the institution and its staff, I wished to remain where my confiscated artwork and materials were taken from me and held by the defendants in there law department until the conclusion of the case.

Back with Misty New interfereing with my case litigation motion filings and I reporting her to the Warden and she did nothing about it. Then reporting it to the district judge Gilbert, and it was denied for Exparte Communications. I was two weeks later transfered out of Menard C.C. and recieved a damaged up tv. that was once in good condition working, before I reported the retaliations against me by defendant Misty New.

However because of this current new claim against Pontiac C.C. and staff. I recognize this to the court as background information to support why I am properly bringing this claim of retaliation(s) against the principal defendant (Lieutenant Kristina Skeens) and others. Not against Mr. Lefint at Pinckneyville C.C. against Mr. Goldberg, their property house supervisor corrections officer.

Where on April 27, 2016 I arrived in Pinckneyville C.C. and three days later on April 30, 2016 I recieved my personal property items. It is then that I find out only my fan is missing and my television is damaged beyond repair. I find this strangely odd and address this with the Pinckneyville C.C. property house supervisor Mr. Goldberg and file a

grievance on the damaged t.v. and missing fan to exhaust my remedy. Maken it to the second stage of the grievance process. But while I'm waiting for this to happen, I get set up.

While waiting for a grievance response. I catch a fighting assault ticket against my cellie, Mr. Jerry Hettinger who is white and also from Menard C.C. and a member of the K.K.K. branch gang called the North Siders. He attacks me on racial lines and for them at Pinckneyville C.C. I filed a grievance on accursing them of stealing my fan and destroying my television set, refusing to replace both items. And setting me up to be attacked by the White Supremist cellie.

I end up going to Segregation and was transfered to Pontiac C.C. without hearing back from the Pinckneyville C.C. Grievance Officer Department on the grievance I filed April 30, 2016 on my t.v. and fan, I believe was damaged and stolen as retaliation for my pending lawsuit against Menard C.C. staff. That they refused to answer and respond to. Because in the grievance I alleged properly that my t.v. was working before ~~my~~ transfering to Pinckneyville C.C. from Menard C.C. where I had an ongoing civil suit against them. And now suddenly I am transfered and my property, only my personal property comes to me damaged beyond repair and missing. But none of the others from Menard C.C. to Pinckneyville C.C. in the same transfer as I, property was damaged, missing, or stolen. They refused to address my concerns.

However because of this being a sperate claim. I state this claim for the purpose of being back ground history why I am bringing suit against Lieutenant Krichna Skeens and other defendants listed at Pontiac C.C. under the same umbrella as any working for the Illinois Department of Corrections in general for retaliations against me.

It seems to be a continuing patteen of bringing irreprecable harms against me and I can not allow this violation to continue against my rights

9

# VI. Complaint

July 24, 2016 while in Pinckneyville C.C. I was in the Segregation Housing Unit there. Where I was placed for having an altercation with my celly and as a result of that altercation. The physical fight we had I recieved a one year punishment of segregation time and loss of privileges across the board.

Where I would be shipped out to other institution to do my segregation time on July 27, 2016. That institution would be Pontiac Correctional Center.

Before I was transfered from Pinckneyville C.C. I had to pack up all of my personal property under the watchful eyes of the Property House officer there. Where everything that I had had to fit into my property boxes with ease and unobstruction to random searches for compliance. Being the rules and policy of being housed in an institution classified as a "Disciplinary Joint" I was at. Met that compliance rule before shipment.

Having only one big size property box and one small size property box. All of my legal documents fit into my small box. (Offender Has Never Had More Than One Small Box or Any Extra Legal Small or Large Storage Boxes) All the non legal items fit into my large box. Clothing items, books, paintings & art supplies, poster drawings, hand written book manuscripts (unpublished) but copy righted, jewelry, electronic items and family photos. (Most of these items were confiscated in Pontiac C.C. and deemed excessive property by defendant baguishly as retaliations against plaintiff for the filings of two cases against Menard C.C. staff) By defendants named in this suit, now?

Once my property was packed and inventoried properly by me and staff of Pinckneyville C.C. I was shipped to Pontiac C.C. on July 27, 2016 three days later.

After arriving in Pontiac C.C. and submitting a property request to access my legal property only to retrieve documents and case material exhibits for my Civil Case and Small Claims Court of Claims case. I was tooken over to

10

the Pontiac C.C. - Property House Building to access my legal box to get into my legal documents inside of small box.

When I did this my right's of free speech, due process, the right to access the courts, and my right to be free of cruel and unusual punishment were violated by Lieutenant Kristina Skeens and defendants named in this suit. Please see complaint paragraphs as follows:

① Lieutenant Kristina Skeens made it very difficult for me causing me real time irreparable harms going forward in my Southern District Claim and Small Court of Claims suits in Illinois, forcing me to settle out.

② Lieutenant Kristina Skeens on August 3, 2016 had me brought over to Pontiac C.C. Property House to gain access to my legal property. Where I met for the first-time ever a Ms. Kristina Skeens the supervisor and Lieutenant over Pontiac C.C. Property House.

③ At that time she introduces herself and sends that I submitted a request to her seeking access into my legal property for a deadline I have and I confirm yes. She tells me that she will go bring me all of my property out of my property legal box (without me being present to witness opening my box) breaking the legal seal on my legal box. That is not the rule apart of the regulation and policy procedures at every I.D.O.C. facility for the access and handling of offenders legal document property.

④ Because it is the I.D.O.C. policy for accessing an offenders legal box that is sealed, Lieutenant Kristina Skeens working as the property officer and a supervisor. Should understand that procedure and act accordingly. However she did the exact opposit and denied my privilege right to be present. When she went into my box and read my legal documents (out of my presence) becoming familiar with the subject contents of my suits complaints against another instutition not hers. She omitts certain legal documentations and exhibits from me in the hopes that I lose my case(s) that I had on file court docket in the Southern

11

District against other fellow I.D.O.C colleagues working in the same
system as she as an I.D.O.C employee. Under colour of state law.

⑤ Lieutenant Kristina Skeens brings me my legal documents and more
of my own legal contents (Exhibits Attached to Discovery on file in the Court
of Southern District Clerks office and Court of Claims Office under Rule
55 of Discovery) connected directly to the documents requested to access and
have in my possession for my case(s). We have words about the missing items.

⑥ Lieutenant Kristina Skeens get angry saying and I quote, "I don't
know why they (The Courts) let you guys file these types of cases. Look at
this shit, this is violence against women and gang glorification. You're a
fucking nut, if you think I'm letting you have these, you know what? I'm
taking your legal exhibits and legal documents so you lose your case. I will
not allow you or any one like you to file these types of cases against us.
And I will not allow you to file this against my friends at Menard C.C.
or anywhere else. You "Nuts" need to learn this is prison and "I run this"
here. So you can take out whatever else you think you need but you ain't
getting any of these legal exhibits and papers for your law case suit against
them. I'm taken this in the hopes that you lose your case." End quote.

⑦ From that minute on we had words arguing about what she was saying
about the subject of my civil complaint and calling me a "Nut" and why she said
that. That's when she finalized her stand on her actions alone. Illegally con-
fiscating my legal property for my case(s) litigation. Violating my free speech,
and due process, and access to the court(s) through the use of my legal
work documentations, and exhibit discovery material(s) (Rule 55 Discovery)
rights. And case law Wright V. Newsome 795 F. 2d 964 (1986). (Attached exhibits)

⑧ Telling me further and quoting, "These legal material books don't belong
to you. This other book(s) of the Black African American Artist, and Black
Historical History Figures Book of African American Heroes doesn't belong to you.
These are the property of Menard C.C. and you aren't getting them back. I'm

12

taken these too from you, Confiscating them. If you don't like it, grieve it! I don't give a damn! Fuck you and your case! This isn't "Pinckneyville," this is "ABG PONTIAC!!!" " " " end quote. (see attached exhibits # Law Case I)

⑨ Lieutenant Kristina Skeens then takes my things and leave me in the cage. About five minutes later or so; she returns to the Bull Pen holding cell I am in asking me what do I want her to do with some other legal documents pertaining to my case litigation work she was holding in her hands. Documents connected to unfiled motions apart of my Court of Claims and Southern District Civil cases. The documents were my proof of purchase receipts. Bill of Particulars records and exhibits for my Court of Claims Discovery Rule 55 Discovery Reply Motion(s) and Civil District Motion Exhibits for my civil pleadings. (see attached documents)

⑩ All of my legal motions, books (Legal Civil Liberties Law Suit Books) and other books listed as my case discovery articles for my "Art Work Confiscation Case Against Menard C.C. For First Amendment Violations and 8th Amendment Due Process of Rights Violations." All of which at this time had nothing to do with the Pontiac C.C. lieutenant, it's staff there or the institution.

⑪ Those receipts were from Amazon Dot Com mailing invoice records regarding the proof of purchase of my books. Those legal exhibits and books were for the litigation of my case at trial that would have been used since I won a Summary Judgment in my favor before transferring to Pontiac C.C. The personal letters from the Offenders mother, of News Paper Articles about prisoners and lawsuits regarding a prisoner and his "Art Work" being confiscated in another state that was similar to my case. Were all listed "Exhibit's" attached to unfiled motions prepared by plaintiff to be E-Filed at Pinckneyville C.C. but plaintiff was suddenly transferred to Pontiac C.C. so I had to wait until I was there and got my legal work back to continue with my case due process filing rights. But I never got the chance to execercise my civil rights when lieutenant Mrs. Kristina Skeens confiscated over half of my most important case litigation work.

13

(12) These vital documents were the heart and soul of my pending civil case at the time. And the actions of lieutenant Ms. Kristina Skeens caused me great irreparable harms. Those documents held in her hands saying they can't fit inside of my legal bag of documents that she will allow me to get in my cell just not all of my legal litigation out of my small box. She was denying me and telling me to either have her throw them away. So that I can get my legal work. Or let her not throw them away. So that I can not get my legal work in the cell with me. I will not be allowed to keep those documents in my presence or inside of my legal box while I'm a resident of Pontiac C.C. on her watch.

(13) At that moment I blew up and we argue some more. Revealing to me how it works in Pontiac C.C. She said's quoting, "If I put these in your bag, they will be over the limit as to what you can have in the cell with you. And you won't be getting any of your legal stuff. You will have to put in for a legal review and those are every ten days. And trust me you will miss every deadline you got. But if you let me throw this away. You can get what I allow you to have in the cell with you." end quote.

(14) Which was a total lie. She only wanted me to suffer and harm my case(s) which later on down the road she did. By forcing me to forgo those legal exhibits. And denying me my legal work needed to turn over to my court appointed attorney's later granted to me. When I filed an "A TRO" seeking help and protections from the Court. (See attached letter from Appointment of Council). Armstrong Teasdale LLP Julie Fix Meyer

(15) Lieutenant Kristina Skeens seeing the proof of my documents in my most important file(s) folder. She confiscated those proof documents. Because those very same documents proved her assessment(s) and personal opinion(s) about my case and books to be "Not Mines" false, on her part. So to harm me in my filed Grievance(s) against her conduct and actions. She denied me those document and my legal case documents. But if she gave

14

me them. She would have to acknowledge and give me my books inside of my small box and big box of my legal work. Especially since it was proven discovery rule "55" document materials and case exhibits connected to the validity of my compliants and the ownership of my personal property items (Books and legal books). But understanding what those documents were.

(16) Instead, she forced me to let her take them and in her own words I quote. "Either I throw these papers away so I can let you have your legal stuff inside the cell with you. And you don't have to go every ten days on a legal review to access your legal property. Or, I put this in your legal bag and you don't get shit in the cell. An' you will have a hard time here getting access to your materials." Now What Do You Want Me To Do With These Papers." end quote. (see attached exhibits supporting my claims in case law # Law Case 1)

(17) Because I had a ten day court transfer deadline, that sands on my many legal documents from the "Court Filing Records" whenever you change address and or locations. "It is the responsibility of the plaintiff to send a notice to the court within ten days. Or your case could be dismissed."

(18) Since the case number had been changed twice in the past, and a new judge was appointed on my case. I was not yet committed to memory the new judge inritals in the cite of my case number. That information was inside of my case legal documents file folder holding all of my E-File Duckets from the Clerk of Court(s). With my unfiled prepared legal motions and attached case exhibits documents that Ms. Kristina Skeens confiscated and sand she was taken to hopefully cacise me to lise my case. So, I was forced into unwillingly telling lieutenant Ms. Kristina Skeens to throw away my documents inorder to recieve the rest of my legal documents; unfairly violating my rights.

(19) Once I recieved my document later on the cell on August 3, 2016 I was able to draw up the motion of notice of address change and mailed it to the Court explaining in it why it was late and what the Pontiac

C.C. lieutenant done to me. Causing me to be late. The Attorney General Ms. Terra Peach responded that it was a new claim. That I needed to file separately a claim for retaliation, and the court granted in part and denied in part my motion of Notice and the case was able to continue forward. I was denied an attorney request at that time. Later forcing me to file the "A-TRO" motion to get a lawyer.

⑳ However, on August 3, 2016 I filed a grievance against this Lieutenant Kristina Steens for officer misconduct, miss handling of legal property protocals, and denial confiscation of legal case work documents, exhibits, and non legal case related documents and exhibits listed as "Exhibit F" materials. Books and other items connected to my Southern District and Small Claims Court of Law cases. (see attached counciling summary grievance responses)

㉑ On August 10, 2016 I recieve these legal materials what we argued over on August 3, 2016 in personal property house at Pontiac C.C. At this time reviewing the property and the property inventory sheets called an Excessive Forms Property Confiscation sheet. I notice that a majority of the items I transfered with are not listed on these Excessive Forms and comparring them. They do not even reflect what should have been stored inside of my big box, separate from the items not listed as confiscated. Noticibly my most important and critically needed legal & non legal docs.

㉒ Many of my non published book manuscripts (33 in total) were uninventoried against the Pinckneyville C.C. property inventory sheets and now were unaccounted for in Pontiac C.C. and missing. My hand drawn posters (36 in total), my rap/poetry journals (4 in total), my wedding band & silver chain and cross medallion (Silver Jewelry), my wedding license and divorce certificate, my family photos and death notices, and electronic property (Fan, Television, Lamp Light, CL-20 Headphone, Music Cassette Player and Tapes, were all missing and not documented on purpose

16

to ensure that I lose those items when my Segregation Time was finished and I got out of Seg. and transfered out of Pontiac C.C. as retaliations.

(23) The most important, but not the least important was my legal books and documentations for my case(s) in court still pending at that time. Without them forced me into an premature settlement I didn't want.

(24) I filed an grievance on that August 10, 2016 against Ms. Kristina Skeens and because of the long wait of a reponse from the councilors and grievance officer and the Administrative Review Board in Springfield, IL. I had filed several mothons, grievances, and also request to the Court of Southern District and within the Pontiac C.C. Grievance Office. and directly to the Wardens Office, the ARB and even with my own Attorney Appointed Law Firm representatives. Before I was finally given an Attorney. In answer to a motion for Restraining Order and seeking Council did I get granted a lawyer.

(25) I explained everything to Ms. Julie Fox Meyer appointed to represent me in my case. And after we talked, she took over my (2) case(s) and I turned over everything that I had to her in my own possession (Minus those confiscated materials that lieutenant Ms. Kristina Skeens illegally (took from me to hurt my case) and violated my due process, and retaliated against me for having filed a lawsuit against her fellow colleagues working in a separate prison not where she works.) to cause me irreparable harms.

(26) Minus those documents and exhibits played a significant role in the breakdown of my case moving forward to trial. And in the end I was force to settle my case(s) and not go to a jury trial as I ultimately were very much looking forward to going to, and wanted as my right to.

(27) During the time I was waiting for my (2) grievance(s) to go through the proper review stages all the way to exhaustion. And they did exhaust, it was too late in the end. I settled out of forced retaliations

17

against me. And the Attorney General saying in a reply to my "A TRO" Motion that it was separate issue and new claim non related to my Southern District Claim and Small Claims case. So I would have to file in the Central District against Ms. Kristina Skeens for any further civil rights violations against me. And my court appointed lawyer told me the same thing. And offered this (attached letter) supporting the events I discussed with her during the case of Derrick Martin V. Maynard Hudson, et al. Southern District of Illinois Case# 14-CV-956-NJR-DGW, and the retaliation of others in sexual natures.

㉘ Ms. Julie Fox Meyer told me to be careful with bringing a PREA Claim against Pontiac C.C. staff. And that's because of how hard it's been for attorney and I, being able to communicate by mailing letters. The staff got tired of reporting them to the District Judge using the use of the E-Filing System and thats when all the sexual harrassment at my cell and in the Bullpens every time I had a legal phone call with my attorney began to be the normal harrassment routine against me. Alone with the on camera shake down(s) of my cell in ~~the~~ the North House 745 and West House 1003, cells I were in.

㉙ On behalf of Lieutenant Kristina Skeens many of the female staff showed up at my cell in pairs and sometimes on four or with three in a group. Making sexual unwarranted racial sex slurs towards me and then telling me to stick my "fingers up my arse and find my missing legal documents - to stop accusing "Kay Kay or Ms. Kay." I later learned was in reference to "Kristina Skeens" and these were her friends that came to my cell. Trying to intimidate me into dropping my grievance and lawsuits.

㉚ Saying that I was all good for being a "Nigger With A Big Dick and filling prisons beds to keep them Pond!" was said to me by Ms. Susan Printace. Shaking my cell down in the North House where she was the Mayor and heard about my Grievance(s) against her girl Ms. Kristina Skeens and my pending

18

lawsuit. The mague come on the gallery multiple days at different times to harrass me at the cell. Making scary threats of slicing my big cock off and feeding it to me. And she many at times shake down my cell and even come over to the West House once they moved me from Nicth House 745 to West House 1009 shaking me down with cadet officer Ms. Martinez

(31) Mague Paintence telling her infront of my cell and on camera that I and quote. "Here the legaliezee nigger is with that horse cock. Hey legal man get up and strip it off. This a shake down motherfucker, since you want to send kites to the Warden and I.A. about Ms. Sovens taking that bullshit you calling legal work. We gone shake your cell down and find that missing work you fucking nut." end quote. (please verify investigating pontiac c.c. shakedown epts)

(32) Feeling very threatened physically for my life, because I had two females at my cell making sexually charged degrading unflattering remarks towards me. And knowing that what I am accused of being already incarcerated for. I complied with stripping down and them pointing at me. Talking about the size of my genitals and saying that if I stick my finger up my ass and moan. They will make sure I get those missing documents back. I was so scared I nearly fainted and they left my cell, laughing, calling me a monkey.

(33) A week later I recieved a legal call and explained all of this to my lawyer. And she told me to be carefull at Pontiac C.C. around these peoples cause they weren't right. And that the lady who took my property was one of those on the News down there. Who got beat up pretty bad there by some inmates. And that they will be looking to take revenge on me and others if they felt like it. So I should be cool and hold on. I had about four months left to go before I get out. And since my letter to her office I should be chill.

(34) So I was forced to wait it out. But every time my attorney called I told her about it. And since I could not use a phone in Seg. I couldn't call P.R.E.A on the 800 number for help. And there was no address to write to. I could not report it, afraid I would be poisoned, hanged, or beaten

19

to death. And by this time my attorney and I's relationship begin to go off track.

(35) Many times the counalor Ms. Sandra Buechman would come to my cell with some lady from the front office I was told was Ms. Rimri and she make threats of violence on camera against me. Throwing papers into my cell and pointing at me. She was upset because I had two grievances against Lieutenant Skeens and wrote all three of the Pontiac C.C. wardens and assistant regional director on her and the Pontiac C.C. staff sexually harrassing me.

(36) Some tall skinny white lady (Unknown Defendant) come to my cell and talked to me. She had a gold star big belt buckle badge on her waist. And some type of mobile device she typed an ~~E-File~~ E-File or E-Mail to somebody about who I named to her. But she wouldn't tell me who it was she sent it to. (All of this is on camera also. And I keep mentioning this camera because its directly infront of my cell there on ten gallery at the front of the gallery on the wall, pointing up the gallery.) Between the dates of July 27, 2016 to May 14, 2017. (please check)

(37) I don't know if it has speakers to hear and record sound. It is digital and there is a server and WiFi connecters. Which means there is a cloud, and that footage can be pulled and reviewed. Lips could be read, and there are witnesses on both sides of the cell I was in to testify to what they seen, heard, between I and these other unknown Jane Doe and John Doe Defendants. If the 1915 Merrit Review strongly consider and at least investigate my #Me Too claim here, & others.

(38) Even though my conviction is what it is. I should be protected from Cruel and Unusual 8th Amendment Violations of this nature. And only because of my Civil Case I had pending against Menard C.C. I get treated like this by one and many others working in Pontiac C.C. all because they don't like that I filed the law suits and grievance(s) for my benefit of being safe and secure while doing my bid in prison.

20

40) Warden Micheal P. Melvins, Terri Kennedy, Emily Ruskins have all ignored my pleas and emergency grievances and my kites. And on their tours of the North House and West House where I was at in cells 745 - ⅓ - ⅓ - 1103. I made pleas directly inperson to them and told them about the sexual harrassments. They all made like they would look into that and said all, that they were well aware of my situation with Keishna Skeens and, had to wait until the Grievance Officer Ms. Sharon Simpson put out the final report, before they take action, to file a grievance.

41) By then I was transfered to Menard C.C. with only 29% of my property and 71% of it was missing. I later recieved a report letter from Ms. Sarah Johnson after previously writing multiple times to her complaining of the abuse and all of the missing legal materials out of my property that I witness on camera once again in the Personal Property House Building in Pontiac C.C. (see attached grievances and reports)

42) This exact statements I made aware to Warden Terri Kennedy directly. And she quote. "I don't care what these camera record, this is Pontiac C.C. and every since 1994 we do things differently here. Now you refrain from writing your kites and grievances and do your time. Or you keep making an issue out of this and ya'll find' your self leaving here in carry out luggage." end quote.

43) This happend May 7, 2017 in the West House or sometime give a day or two before I was to get out of Seg. May 14, 2017 early for good behavior. I got a legal call near the same day or on the same day of that shake down. Then I was stripped naked and tossed into a bullpen for six hours without dinner. When they let me out and took me to the cell. It was completely destroyed, my papers tore up and wet. Others missing my lawyers marked to me.

44) Major Printence and Cadet Officer Ms. Martinez and Warden Terri Kennedy. Had me put into that Bull Pen after hearing in on my

21

legal phone conversation with my attorney. They always (some officer) would come into the Sick Call room where they set up the phone to recieve legal calls and listen in on my protected suppose to be legal call. But it was not protected and private. Intentally they did it as retaliations and for Lieutenant Kristina Skeens whom I done nothing to. Listen in on my calls to monitore what I was speaking to my lawyer.

(45) So once I got to Menard C.C. and my personal property followed not all of it was returned. And the fact that at the time I was transfered to Menard C.C. from Pontiac C.C. The ARB/Grievance officer had not concluded the grievance process. Or they had at the Pontiac C.C. Grievance level and I put it in to the ARB and was wanting on their response. That came Sept 5, 2017 while I was in Menard C.C. transfered their on May 17, 2017.

(46) However, my issue was not yet complete. And as of May 17, 2017. All of my personal property was split up by Lieutenant Kristina Skeens and partially shipped to me. When the ARB had not finished their final disposition. This action of Lieutenant Kristina Skeens has violated my civil rights due process in the Grievance stage. It was not complete and sending only some of my property not considered contraband and was never packed with my transfer property.

(47) All of my items came to me half and half. Some of it that was considered contraband and confiscated. And some of it that was not and got taken from me during the Major Prentence shakedown.

(48) Either way my DR501C, was never fully and properly afforded to me. Violating my civil right in the I.D.O.C policy mandate to chuse how to dispose of my property. When I grievanced that issue in Menard C.C. and exhausted to the ARB in Springfield, IL. They sent me a Sept 5, 2017 letter rendering my issue mott and disregarding the fact that I was imporperly given my DR501C-chuice.

22